# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PBL, Inc. | Case No. 1: 23-cv-15811 |
| v. | Judge: Hon. John F. Kness |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A | Magistrate: Hon. John F. Kness |

## PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF *EX PARTE* TEMPORARY RESTRAINING ORDER

Plaintiff seeks entry of a 14-day extension of the SEALED TEMPORARY RESTRAINING ORDER granted on February 9, 2024 [Docket #14] which is set to expire on February 23, 2024.

Plaintiff and Plaintiff's counsel have been working diligently with the various Internet platforms to identify and obtain contact information for the Doe Defendants, but need more time to assemble the contact information and effect service. To date, approximately 75% of the Doe Defendant's contact information has been located.

Plaintiff accordingly asks the court for a 14-day extension of the SEALED TEMPORARY RESTRAINING ORDER, until March 8, 2024, at which time the Plaintiff shall present a motion for a Preliminary Injunction.

Dated this 22nd Day of February, 2024.          Respectfully submitted,

                                                By:     s/David Gulbransen/
                                                        David Gulbransen
                                                        Attorney of Record

Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com