# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Pure Body Logistics, Inc.

v.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A

Case No. 1: 23-cv- 15811

Judge: Hon. John F. Kness

Magistrate: Hon. John F. Kness

## Voluntary Dismissal

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff hereby notify this Court that the Plaintiff voluntarily dismiss any and all claims against the following defendants without prejudice:

| Doe | Store | Merchant ID |
|---|---|---|
| 332 | PriceXes | AN7S2SASPAZCJ |
| 422 | conext-link | conext-link |
| 511 | Gregorio | 101175008 |
| 513 | Xinwanna | 101224476 |

Dated: March 7, 2024

Respectfully submitted,

By: s/David Gulbransen/
David Gulbransen
Attorney of Record

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
david@gulbransenlaw.com