IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PBL, Inc. ) | |
| ) | No. 23-cv-15811 |
| v. ) | |
| ) | Judge John F. Kness |
| THE PARTNERSHIPS and ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A ) | |
| ) | |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff PBL, Inc. and against all Defendants identified in the attached Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have offered to sell and have sold products using infringing and counterfeit versions of Plaintiff's federally registered POWERBALL trademark, which is protected by U.S. Trademark Registration No. 2666631, to residents of Illinois. Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq*.).

IT IS FURTHER ORDERED that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the POWERBALL trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing,

    advertising, offering for sale, or sale of any product that is not a genuine Tetris product or not authorized by Plaintiff to be sold in connection with the POWERBALL Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Tetris product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Tetris and approved by Plaintiff for sale under the POWERBALL Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Tetris, or are sponsored by, approved by, or otherwise connected with Tetris;

d. further infringing the POWERBALL trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the POWERBALL trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the Infringing Webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the POWERBALL trademark

   or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Tetris product or not authorized by Tetris to be sold in connection with the POWERBALL trademark; and

  i. registering any additional stores, websites, or domain names that use or incorporate any of the POWERBALL trademark.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, AliExpress, Amazon, Bonanza, DHGate, eBay, Etsy, Fruugo, Joom, JoyBuy, Newegg, Shopify, Temu, Wish, Walmart, etc., shall within three (3) business days of receipt of this Order:

  a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the POWERBALL Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

  b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing Webstores.

Under 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One-Hundred Thousand Dollars (U.S.) and No Cents ($100,000.00) for using counterfeit POWERBALL Trademarks on products sold through at least the Infringing Webstores. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

  a. Alibaba, AliExpress, Amazon, Bonanza, DHGate, eBay, Etsy, Fruugo, Joom, JoyBuy, Newegg, Shopify, Temu, Wish, Walmart, (collectively the "Platforms") and PayPal, Payoneer, Stripe and any of their subsidiaries (collectively the "Payment Processors")

shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

   i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

   ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

  a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing Webstores, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

  b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

  c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

**This is a final judgment**.

SO ORDERED in No. 23-cv-15811.

Date: May 16, 2024

_____
JOHN F. KNESS
United States District Judge

## Schedule A

| Doe | Store Name | Merchant ID |
|---|---|---|
| 1 | Suzhou One Two Three Sports Goods Co., Ltd. | 123sports |
| 2 | Yiwu Dingyi E-Commerce Co., Ltd. | 2dingyi |
| 5 | Shenzhen Keleer Technology Development Co., Ltd. | amolix |
| 7 | Bestwill International Import & Export Co., Ltd. | bestwillbusiness |
| 9 | Shijiazhuang Cearth Imp & Exp Co., Ltd. | cearth |
| 10 | Zhengzhou Cebing Trading Co., Ltd. | cebing |
| 11 | Yiwu Chic Seeker Accessories Co., Ltd. | chicseeker |
| 12 | Nantong Angelbay Trading Co., Ltd. | cjn |
| 14 | Hubei Shu Jie Trading Co., Ltd. | cn1562824682tbzr |
| 16 | Suzhou Zeren New Materials Co., Ltd. | cnszzr |
| 17 | Yiwu Chengding E-Commerce Co., Ltd. | cnywcd |
| 19 | Quzhou Delfin Sports Product Co., Ltd. | delfin-sports |
| 20 | Changzhou Deluxe Sports Co., Ltd. | deluxefit |
| 21 | Wuhan FDM Eco Fitness Product Co., Ltd | dingminghb |
| 22 | Yiwu Dingxin E-Commerce Co.,ltd. | dingxin1 |
| 23 | Ningbo Finelife Products Intl Trading Co., Ltd. | finelife |
| 24 | Henan Gaochao Sports Goods Co., Ltd. | gcsport |
| 25 | Hebei Haoxuan Imp&Exp Co., Ltd. | hbhaoxuan |
| 26 | Nantong Haorui Sports Technology Co., Ltd. | hrfitness |
| 27 | Ningbo Hyson Electronic Technology Co., Ltd. | hysontech |
| 28 | Nantong Iroga Sports Co., Ltd. | iroga |
| 29 | Taocheng District Jiurui Sports Goods Factory | jiuruityyp |
| 30 | Nantong July Fitness & Sports Co., Ltd. | july-sports |
| 31 | Ningbo Haishu Kechuang Arts And Crafts Factory | kechuanggy |
| 32 | Dongguan KhaKing Industrial Investment Co., Ltd. | khaking |
| 33 | Hangzhou Caring & Cleaning Commodity Co., Ltd. | kjcommodity |
| 35 | Yancheng Leerpoo Import And Export Co., Ltd. | leerpoo |
| 36 | Qingdao Long Glory International Trading Co., Ltd. | longotrade |
| 39 | Huizhou City Melors Plastic Products Co., Limited | melors |
| 41 | Hefei Merrybody Sports Co., Ltd. | merrybody |
| 42 | Shenzhen Mertouch Technology Co., Limited | mertouch |
| 43 | Yiwu Misong Trading Co., Ltd. | misong888 |
| 44 | Shenzhen Msg Technology Co., Ltd. | msgtech |
| 46 | Linyi Njian Intelligent Technology Co., Ltd. | njian |
| 47 | Nantong Jiaguan New Material Technology Co., Ltd. | ntbestcrown |

| 48 | Nantong Ondar International Trade Co., Ltd. | ondar |
|---|---|---|
| 50 | Danyang Fuli Rubber And Plastic Co., Ltd. | plasticworld |
| 51 | Sichuan Machinery Imp. & Exp. Corp. | premiumdaily |
| 52 | Shenzhen Quming Plastic Electronic Manufacturing Co., Ltd. | qumingplastic |
| 54 | Nantong Rising Sports & Leisure Goods Co., Ltd. | risingequipment2 |
| 56 | Shenzhen Ruifuer Electronic Co., Ltd. | ruifuer |
| 58 | Jinhua Suling Sporting Goods Co., Ltd. | sulingsporting |
| 59 | Pingxiang Sunshine Trade Co., Ltd. | sunshine-tech |
| 60 | Shaoxing Lixinda Trade Co., Ltd. | sxleadstar |
| 61 | Shenzhen Bestry International Trade Co.,Ltd. | szbestry |
| 62 | Shenzhen Mertouch Technology Co., Limited | szmertouch |
| 64 | Longsun Technology Co., Ltd. | toylongsun |
| 66 | Anhui Tary Tongda Mechanical & Electrical Co, Ltd. | trayfitness |
| 67 | Hangzhou Vcan Smart Option Trade Co., Ltd. | vcantool |
| 70 | Wonder Sports Co., Ltd. | wondersports |
| 71 | Shenzhen Huiguang Trading Co., Ltd. | xiaomigroup |
| 72 | Xiamen Capricorn Industry And Trade Co., Ltd. | xmcapricorn |
| 73 | Shijiazhuang Yexingqiao Technology Co., Ltd. | yexingqiao |
| 74 | Huizhou Yibish Technology Co., Ltd. | yibish |
| 75 | Jinyun Yingpai Science And Technology Co., Ltd. | yingpaitech |
| 76 | Yongkang Hui Li Mould Factory | ykhuili |
| 77 | Zhejiang Winner Sports Equipment Co., Ltd. | ykwinner |
| 78 | Yiwu Yining Sports Products Co., Ltd. | ynsport |
| 79 | Dongguan Yusijie Electronic Co., Ltd. | yusijie |
| 80 | Yiwu Guomei Supply Chain Co. Ltd | ywgm888 |
| 81 | Yiwu Lexiaoyao Import And Export Co., Ltd. | ywlexiaoyao |
| 83 | Yiwu Zhouyou Trade Co., Ltd. | ywsports |
| 84 | Zhejiang Zhoya International Trade Co., Ltd. | zhoyasport |
| 85 | Zhejiang Gaoxin Industrial and Trading Co.,Ltd | zjgaoxin |
| 86 | KUUBEE Official Store | 1100441269 |
| 87 | Toplander Outdoor Store | 1100695823 |
| 88 | Weisure Outdoor Store | 1100783320 |
| 89 | BestSellingMall Store | 1100813329 |
| 90 | 18LOHAN Store | 1100817013 |
| 91 | Lanssal Store | 1100905195 |
| 92 | Gbuytoo Cycling Store | 1100943620 |
| 93 | SPH Fitness Equipment House Store | 1101039254 |
| 94 | SOACH Pick Professional Store | 1101082172 |
| 97 | Five Stars Archery Store | 1101218175 |

| | | |
|---|---|---|
| 98 | ShenZhen Outdoor Bike Accessories Store | 1101221382 |
| 99 | FishingWei Store | 1101221420 |
| 100 | PR Store | 1101229269 |
| 101 | PENERAN Clothes 01 Store | 1101234893 |
| 102 | Yting Outdoor Store | 1101248976 |
| 103 | Jusanda passions sporting Store | 1101256959 |
| 104 | C&D Herald Store | 1101263104 |
| 105 | Beurha Beautiful Life Store | 1101278075 |
| 106 | Tourism Secret Store | 1101280157 |
| 107 | Outop Sports Shop Store | 1101289099 |
| 108 | Top Lander Factory Store | 1101297073 |
| 109 | PRO Outdoor Fitness Store | 1101304566 |
| 110 | Ninth World Fitness shop Store | 1101308915 |
| 111 | Enjoying Exercise Store | 1101314463 |
| 112 | Rooxin Official Store | 1101329790 |
| 113 | Shop5070279 Store | 1101336104 |
| 114 | MS Life Store | 1101338760 |
| 115 | Shop5088039 Store | 1101341602 |
| 116 | hIGHWIF Store | 1101341831 |
| 117 | MEWE Fitness & Outdoor Store | 1101345186 |
| 118 | Fitness&Camping Store | 1101346194 |
| 119 | keep healthy Store | 1101349591 |
| 120 | Sport-equipment Store | 1101351834 |
| 121 | GZJM Outdoor Store | 1101354600 |
| 122 | ZAJK292 Outdoor Store | 1101358593 |
| 123 | KuoChuang Store | 1101360234 |
| 124 | YW BY Store | 1101361380 |
| 125 | Complete Outdoor Fitness Store | 1101362202 |
| 126 | China Global Healthy Store | 1101362326 |
| 127 | Shop5490025 Store | 1101365059 |
| 128 | Outdoor Product Dropshipping Store | 1101366816 |
| 131 | S-wolf Store | 1101381471 |
| 132 | OUZEY Store | 1101385887 |
| 133 | DAJOYIN Ali Discount Store | 1101387861 |
| 135 | Shop5793014 Store | 1101392181 |
| 137 | MKAS Official Store | 1101401903 |
| 138 | Yilin Outdoor Store | 1101401954 |
| 139 | #NAME? | 1101402387 |
| 140 | stronger gogogo Store | 1101414988 |

| 141 | Shop4039004 Store | 1101415962 |
|---|---|---|
| 142 | Lvdao Outdoor Store | 1101419730 |
| 143 | Man Tian Xing Store | 1101421393 |
| 144 | Life depends on movement Store | 1101425089 |
| 145 | Tipp Store | 1101432520 |
| 146 | YangChen Official Store | 1101436600 |
| 147 | Shop5838274 Store | 1101486440 |
| 148 | Shop900247123 Store | 1101493168 |
| 149 | KORIKAHM Official Store | 1101496203 |
| 150 | Shop900237416 Store | 1101510236 |
| 153 | Saikang Store | 1101524743 |
| 154 | SuperEnjoy Green Travel Store | 1101536945 |
| 155 | LANSSAL Official Store | 1101547593 |
| 156 | winni Store | 1101549486 |
| 157 | Fitness Shaping Training Dropshipping Store | 1101551781 |
| 158 | Beautiful Drop Ship Store | 1101555024 |
| 159 | ZSH Fitness Have Fun Store | 1101555026 |
| 160 | Oxygen Fitness equipment Store | 1101557162 |
| 161 | Shop911137222 Store | 1101581198 |
| 162 | Outdoors Sportin Store | 1101617068 |
| 163 | Professional fitness Store | 1101619211 |
| 164 | Pursuit of Wild Store | 1101620919 |
| 165 | Poker Entertainment Sports Store | 1101625467 |
| 166 | KELLORFIT Official Store | 1101657392 |
| 167 | Jlin Store | 1101664239 |
| 168 | Professional outdoor life Store | 1101681708 |
| 169 | Love Sports Goods Store | 1101692619 |
| 170 | Vitality Fitness Store | 1101695936 |
| 171 | yundonggo Store | 1101705612 |
| 172 | H&F YShop Store | 1101707405 |
| 173 | Beautiful gym Store | 1101738681 |
| 174 | Joy Pony Club Store | 1101758296 |
| 175 | YECOKISO Official Store | 1101761423 |
| 176 | vmvm Store | 1101761925 |
| 177 | yixinyiyi01 Store | 1101765275 |
| 178 | YM Exercise Equipment Store | 1101767338 |
| 179 | Healthy motivation Store | 1101775791 |
| 181 | Seattle Personal Care Store | 1101788229 |
| 182 | EMF Pro Store | 1101789763 |

| | | |
|---|---|---|
| 183 | Findway Store | 1101790694 |
| 184 | Simaland Store | 1101802778 |
| 185 | MYHUWIA Store | 1101808681 |
| 186 | Healthy Personal Care Store | 1101811820 |
| 187 | LingPeng Pro Store | 1101827288 |
| 188 | SuperLand Store | 1101851012 |
| 189 | Jalivanfit Global Store | 1101852914 |
| 190 | Bodybuilding Store | 1101855992 |
| 192 | SHHVRE-Y Store | 1101881558 |
| 193 | Lamgool Fitness Store | 1101882787 |
| 195 | Iqtemot Store | 1101890232 |
| 196 | Cycling Safety 8 Store | 1101905867 |
| 197 | 187club Store | 1101921688 |
| 198 | Lans Athletics Store | 1101923714 |
| 199 | Van Guang outdoor shop Store | 1101928265 |
| 200 | Athletes Store | 1101937762 |
| 201 | An ordinary shop Store | 1101938687 |
| 202 | Embrace the world Store | 1101940215 |
| 203 | New future outdoor Store | 1101946185 |
| 204 | PROKISO Fitness Store | 1101952775 |
| 205 | MiPopo Store | 1101955988 |
| 206 | Super outdoor store Store | 1101962380 |
| 207 | Sports Products Store | 1102012233 |
| 208 | Shop1100218146 Store | 1102014001 |
| 209 | Happiness Sports Store | 1102018986 |
| 210 | Shop1100213281 Store | 1102021106 |
| 211 | Shop1100225350 Store | 1102023746 |
| 212 | NewSports Store | 1102027953 |
| 213 | EVERY DAY Outdoor Store | 1102051531 |
| 214 | Burn Your Fat Store | 1102056457 |
| 215 | Outdoor Sports Online Store | 1102060108 |
| 216 | Shop1102066021 Store | 1102063903 |
| 217 | first class figure Store | 1102075475 |
| 218 | Ongo Outdoor Store | 1102086245 |
| 219 | MOONBIFFY Beauty Flagship Store | 1102089240 |
| 220 | Outdoor Fun Play Store | 1102104129 |
| 222 | Fia Outdoors Store | 1102137622 |
| 223 | MARM Store | 1102140418 |
| 224 | YOUAI SPORT Store | 1102158517 |

| | | |
|---|---|---|
| 225 | Shop1102169769 Store | 1102166885 |
| 226 | OUZEY Love Sports Store | 1102170064 |
| 227 | Shop1102175138 Store | 1102176120 |
| 228 | Shop1102181682 Store | 1102176748 |
| 229 | Live And Exercise Store | 1102187072 |
| 230 | Hot sport Store | 1102192222 |
| 231 | BEIS HappyOutdoor Store | 1102194316 |
| 232 | Beis Hpyoutdoor Store | 1102213617 |
| 233 | DAGUANZHU Store Store | 1102263278 |
| 234 | IN sports Store | 1102281080 |
| 235 | Vieruodis Healthy Store | 1102313839 |
| 236 | Airuier Dropshipping Health-Life Store | 1102316603 |
| 237 | Tactical Military Store | 1102323416 |
| 238 | Shop1102410805 Store | 1102412824 |
| 239 | Shop1102423220 Store | 1102422229 |
| 240 | Shop1102422946 Store | 1102425936 |
| 241 | Cool Outdoor Riding Gear Store | 1102454048 |
| 242 | WJT-Fishing Tackle Shop Store | 1102476049 |
| 243 | YangChen Official Store | 1102513514 |
| 244 | Shop1102517764 Store | 1102515798 |
| 245 | Beautiful And Confident Store | 1102517238 |
| 246 | bin dun dun Store | 1102546432 |
| 247 | HKYX Outdoor Goods Store | 1102561094 |
| 248 | Airimage Sports Life Store | 1102572021 |
| 249 | Jdon Outdoor Store | 1102601320 |
| 250 | New Sports And Entertainment Store | 1102623216 |
| 251 | EPro Outdoor Entertainment Equipment Store | 1102624554 |
| 252 | JiaLai Outdoor Store | 1102633844 |
| 253 | Outdoor Tourism Props Store | 1102647469 |
| 254 | Shop1102651334 Store | 1102648415 |
| 255 | Shop1102648774 Store | 1102649799 |
| 256 | Cool Sports Store | 1102661132 |
| 257 | Shop1102664961 Store | 1102666925 |
| 258 | Outop Store | 1102675659 |
| 259 | LinXing Outdoor Fun Sports Store | 1102677028 |
| 260 | MMT Super Sport Store | 1102689183 |
| 261 | Shop1102695492 Store | 1102694518 |
| 262 | Shop1102696928 Store | 1102696929 |
| 263 | Rosella Store | 1102716173 |

| 264 | Shop1102724001 Store | 1102716993 |
|---|---|---|
| 265 | Veecome Sports Outdoors Store Store | 1102718664 |
| 266 | BOGE GLOBAL Store | 1102721908 |
| 267 | CICI Global Professional Store | 1102726433 |
| 268 | Shop1102735218 Store | 1102735219 |
| 269 | XiXi Outdoor Accessories Store | 1102745304 |
| 270 | Enjoy The Outdoors Store | 1102749205 |
| 271 | Hoshino Outdoor Sport Store | 1102751058 |
| 272 | GOOD Outdoor Tool Store | 1102752391 |
| 273 | Women Make Up Store | 1102752392 |
| 274 | HiFun Outdoor Store | 1102752743 |
| 275 | JNYFC Store | 1102753154 |
| 276 | LQH Outdoor Sport Store | 1102756096 |
| 277 | Outdoors Nice Store | 1102756098 |
| 278 | Shop1102763629 Store | 1102763630 |
| 279 | Young Girl Store | 1102764015 |
| 280 | Shop1102781133 Store | 1102776690 |
| 281 | Yiwuxi Outdoor Store | 1102789792 |
| 282 | Outdoor-Fine Store | 1102812921 |
| 283 | Shop1102808306 Store | 1102813152 |
| 284 | Shop1102812543 Store | 1102813514 |
| 285 | Adventure Life Official Store | 1102820728 |
| 286 | Shop1102829015 Store | 1102823994 |
| 287 | Shop1102824692 Store | 1102824693 |
| 288 | Blade Outdoor Fun Store Store | 1102826699 |
| 289 | Shop1102831129 Store | 1102830112 |
| 290 | Shop1102822944 Store | 1102833040 |
| 291 | Shop1102861905 Store | 1102854942 |
| 292 | Shop1102860239 Store | 1102860240 |
| 293 | Shop1102875912 Store | 1102878874 |
| 294 | Shop1102879654 Store | 1102884655 |
| 295 | Shop1102887457 Store | 1102889460 |
| 296 | Shop1102903313 Store | 1102896370 |
| 297 | Shop1102913927 Store | 1102907857 |
| 298 | Always On The Way Store | 1102911288 |
| 299 | Paper Airplane Outdoor Sport Store | 1102911682 |
| 300 | Fitness Equipments Store | 1102921446 |
| 301 | XmDropshipping001 Store | 1102961887 |
| 302 | The Story Of The Wind Store | 1102986322 |

| 303 | MissQC Store | 1102986835 |
|---|---|---|
| 305 | CrazyTiger | A1319REPCK1UDM |
| 306 | Hobeda | A17VTO7HKQ7ZX4 |
| 307 | Hengkou Shuangfeng | A1BZ31JXQJBVOB |
| 308 | luweishang | A1FJ52JULPK832 |
| 309 | Arideia | A1HFU83H779M1Z |
| 310 | xiaofeistore | A1JFF8L06BEAID |
| 311 | LNdxun | A1NI6UYIBA8YON |
| 312 | lxj | A1NVVD1GE2V33N |
| 313 | Eltehepy | A1OSXPGHZZTAS8 |
| 314 | Borul On-line | A1PRG9GGYP2075 |
| 315 | KKL-US | A1RW4MTIPF12R7 |
| 316 | YUEYUE-us | A1VQB0V2OELMTB |
| 317 | SHENZHENYUNHUIGUANGDIANZIYOUXIANGONGSI | A1X7I2N7GUIZLU |
| 318 | ÂºûÂʃƩ | A1XIHGPFCVK88H |
| 319 | huilice | A2A4786TH7WRUJ |
| 320 | Ningbo Yuejia Trading Co.,Ltd | A2CW5U2JOWUKA |
| 322 | IntimeJewelry | A34SGRFFOKL2GA |
| 323 | P.G.Trading | A3604XSDW3L58M |
| 324 | wonaity | A3D48BL3VF2633 |
| 325 | Bin-us | A3J4WNYZFG8EAR |
| 328 | zs trade | A3THCXTBD0QHVN |
| 329 | Delivery-US | A3URDWUD1UQS4U |
| 330 | Qiangguo-up | AFB19JJH4NA7X |
| 331 | Factory Best Choice | AN300CI7MB11P |
| 333 | York Eliot | APA2QI5VN40IT |
| 334 | BOOMBOOMBOOM | AU07GFAC7GS0N |
| 335 | WskLinft | AYGHJ768WW868 |
| 336 | HIKE-US | AZ1E7BFHH46NU |
| 338 | MIWI Technology | MIWI |
| 339 | shenping03 Store | 19758075 |
| 340 | michellemi1 Store | 19910851 |
| 341 | cloudyday Store | 21029962 |
| 342 | dablounge Store | 21296979 |
| 343 | jonesports Store | 21488109 |
| 344 | puuugx1180aa Store | 21749527 |
| 345 | lhkfuzecheng01 Store | 21750187 |
| 346 | aiyueele05 Store | 21750205 |
| 347 | fzctu3 Store | 21750670 |

| | | |
|---|---|---|
| 348 | fzctf4 Store | 21751203 |
| 349 | youyig8 Store | 21751211 |
| 350 | wizb Store | 21800518 |
| 351 | voay Store | 21800580 |
| 352 | fbcq Store | 21800617 |
| 353 | f3pr Store | 21800720 |
| 354 | qg8i Store | 21800792 |
| 355 | wlwi Store | 21800796 |
| 356 | hxas Store | 21800865 |
| 357 | d7sv Store | 21800920 |
| 358 | ecbs Store | 21800963 |
| 359 | mqbr Store | 21800980 |
| 360 | iism Store | 21800991 |
| 361 | ogyf Store | 21800997 |
| 362 | jurv Store | 21801013 |
| 363 | cftde Store | 21815088 |
| 364 | aawqq Store | 21815099 |
| 365 | gbbhj Store | 21815117 |
| 366 | tyrhg Store | 21815160 |
| 367 | eurj18 Store | 21816184 |
| 368 | g2be Store | 21817811 |
| 369 | rcce Store | 21818280 |
| 370 | b79j Store | 21818309 |
| 371 | yrjl Store | 21818332 |
| 372 | u17r Store | 21818418 |
| 373 | epsq Store | 21818455 |
| 374 | z164 Store | 21818496 |
| 375 | seg0 Store | 21818531 |
| 376 | tqwb Store | 21818538 |
| 377 | ueze Store | 21818708 |
| 378 | vs0q Store | 21818731 |
| 379 | zvnl Store | 21818907 |
| 380 | zxyz Store | 21818908 |
| 381 | alh3 Store | 21818987 |
| 382 | t35p Store | 21819078 |
| 383 | w41z Store | 21819098 |
| 384 | dfrr Store | 21819280 |
| 385 | vfbk Store | 21819284 |
| 386 | ckep Store | 21819563 |

| | | |
|---|---|---|
| 387 | epgf Store | 21819613 |
| 388 | kbd3 Store | 21819709 |
| 389 | qqfp Store | 21819729 |
| 390 | wdj5 Store | 21819745 |
| 391 | kdts Store | 21819775 |
| 392 | drktmm Store | 21826943 |
| 393 | sdfr081 Store | 21850955 |
| 394 | yutf569 Store | 21850960 |
| 395 | hgjuy765 Store | 21850964 |
| 396 | mkij0218 Store | 21850965 |
| 397 | cgbuy789 Store | 21850966 |
| 398 | ghfr580 Store | 21850967 |
| 399 | seda432 Store | 21851081 |
| 400 | wfcv319 Store | 21851089 |
| 401 | nhyj782 Store | 21851108 |
| 402 | riuo872 Store | 21851179 |
| 403 | lokj71 Store | 21851180 |
| 404 | ews780 Store | 21851184 |
| 405 | pljk895 Store | 21851186 |
| 406 | wds542 Store | 21851238 |
| 407 | hgfj875 Store | 21851242 |
| 408 | jhfg021 Store | 21851244 |
| 409 | fdsa210 Store | 21851246 |
| 410 | ygd024 Store | 21851247 |
| 411 | pong06 Store | 21882982 |
| 412 | 2014rashl | 2014rashl |
| 413 | aletrakim0 | aletrakim0 |
| 414 | assuredtradeoutlet | assuredtradeoutlet |
| 415 | avila-eric | avila-eric |
| 416 | blackcatz | blackcatz |
| 417 | boudy_lolo | boudy_lolo |
| 418 | ceminastore | ceminastore |
| 419 | ch4nkr4 | ch4nkr4 |
| 420 | coco-tree | coco-tree |
| 421 | comxgt | comxgt |
| 423 | ctnbaturcorp | ctnbaturcorp |
| 424 | dekelshoping | dekelshoping |
| 425 | dilex_sells | dilex_sells |
| 426 | dreamation_designs | dreamation_designs |

16

| 427 | dsay4821 | dsay4821 |
|---|---|---|
| 428 | e--ang | e--ang |
| 429 | e-genuine_business | e-genuine_business |
| 430 | east2westempire | east2westempire |
| 431 | eveythinguneed | eveythinguneed |
| 432 | farakh-nisa | farakh-nisa |
| 434 | frdingshop | frdingshop |
| 435 | gee-yal | gee-yal |
| 436 | guoftstars | guoftstars |
| 437 | hiah-5137 | hiah-5137 |
| 438 | hongkongdadiplan-0 | hongkongdadiplan-0 |
| 439 | impactstore012 | impactstore012 |
| 442 | josrich_381 | josrich_381 |
| 443 | korko30 | korko30 |
| 444 | lahirpradee-4 | lahirpradee-4 |
| 445 | limel_5353 | limel_5353 |
| 446 | lixiaolu02 | lixiaolu02 |
| 447 | lookgood20 | lookgood20 |
| 449 | mohharm-48 | mohharm-48 |
| 450 | muhammetkk | muhammetkk |
| 451 | nfort_58 | nfort_58 |
| 452 | nightmalan-lk | nightmalan-lk |
| 453 | nxfancyfinds | nxfancyfinds |
| 454 | occasionstore | occasionstore |
| 455 | osher4u-shop | osher4u-shop |
| 456 | pdstore124 | pdstore124 |
| 457 | pranavir | pranavir |
| 458 | quickbuy24.7 | quickbuy24.7 |
| 459 | rfshopp | rfshopp |
| 460 | rma_shop_p | rma_shop_p |
| 461 | romolokoss | romolokoss |
| 462 | royalty_sweets | royalty_sweets |
| 463 | sandy57 | sandy57 |
| 464 | selltexuk | selltexuk |
| 465 | serry-go | serry-go |
| 466 | shechu-0 | shechu-0 |
| 467 | shopbea62 | shopbea62 |
| 468 | shuaiaweb | shuaiaweb |
| 469 | sikera2014 | sikera2014 |

| | | | |
|---|---|---|---|
| 470 | solarliny | | solarliny |
| 471 | source4u24-7 | | source4u24-7 |
| 472 | suddil0 | | suddil0 |
| 473 | szx1016 | | szx1016 |
| 474 | that_easy | | that_easy |
| 475 | toolomega | | toolomega |
| 476 | uniquestores2014 | | uniquestores2014 |
| 477 | usa_seller24hours | | usa_seller24hours |
| 478 | vimconcept | | vimconcept |
| 479 | vlad--man | | vlad--man |
| 480 | wholesalesams | | wholesalesams |
| 482 | xingjida40 | | xingjida40 |
| 483 | LANDAIDIANZIKEJI STORE | | LANDAIDIANZIKEJI |
| 485 | bamohhgadgets | | bamohhgadgets |
| 486 | concretejunglefitness | | concretejunglefitness |
| 487 | danglythrift | | danglythrift |
| 488 | easy1store | | easy1store |
| 489 | fitgenie | | fitgenie |
| 490 | fitness-grapple | | fitness-grapple |
| 491 | fivestarelectronicsworld | | fivestarelectronicsworld |
| 492 | gymgearguys | | gymgearguys |
| 493 | homeofficeheroes | | homeofficeheroes |
| 494 | mrlifestyleguru | | mrlifestyleguru |
| 495 | musclesmind | | musclesmind |
| 496 | poweronfitness | | poweronfitness |
| 497 | royalreside | | royalreside |
| 498 | salecetera | | salecetera |
| 499 | shopcablepro | | shopcablepro |
| 500 | torontomarketshop | | torontomarketshop |
| 501 | vipulsestore | | vipulsestore |
| 502 | viral-products | | viral-products |
| 503 | worksout | | worksout |
| 504 | szlafrok | | 4.93546E+12 |
| 505 | Muse Manor Factory | | 5.79697E+12 |
| 506 | baiyida | | 36484605153 |
| 507 | leaveforme | | 101077271 |
| 508 | Sunrise | | 101112834 |
| 509 | xiaofu | | 101136201 |
| 510 | xiaocheng | | 101136667 |

18

| | | |
|---|---|---|
| 512 | HandBag | 101185844 |
| 514 | UDIYO | 101235687 |
| 515 | xiamenailaiqiangjinchukouyouxiangongsi | 101256193 |
| 516 | Sparkling Life | 101272377 |
| 517 | BuyInFun | 56f2453ba46e745880ee5e0f |
| 518 | Happy_done | 5772618b2e5f6573fb18d85c |
| 519 | zhiyuanxiaoxin | 5849110bfef4096a9d4d6943 |
| 520 | juanlicheng | 58d5286639c21f57c6bce0f7 |
| 521 | warland | 5940aa4d8635f04673a686b8 |
| 522 | rightbackatyou | 5ab61160a6f62e43744a8896 |
| 523 | yangaixiu | 5b2b2a9f2b04107a30990ae5 |
| 524 | lovelyd | 5b8244dcf3673923f3697f9c |
| 525 | xinxiangyinop | 5d5243d11527541f375fdec0 |
| 526 | Hip-hop trend | 5d7c8f3b4a21ac27c2e79b74 |
| 528 | John K Jone | 5e8c47db3c83fc72039617ad |
| 529 | taijingshangmao | 5e8c6dd75e8537345426e905 |
| 530 | Jamessmgl | 5e8d8b3a54e2aad79a8a35e0 |
| 531 | Booster Official Store | 5ecccf0fd454ae22262c3a18 |
| 532 | luowenhui880 | 5f9d0fcf0d49a4a233f7402d |
| 533 | maming2768 | 5faf4efd96ad8039bd585d91 |
| 534 | WUZHUOXI202188 | 6006a01a4b4c88320f9203d4 |
| 535 | landuoer | 6073bf89bfe3a91f41e2ea12 |
| 536 | Beautiful Jewelry | 6179dec4f197e32ce703a3c7 |
| 537 | dingnaimin54890 | 6188dcaccf329a7542ffcb20 |
| 538 | dingshuai0542685 | 61a1f8a2b7100eab488e7e7a |
| 539 | AWL personal care store | 61eeb56d3a736952b8a6893f |
| 540 | PDSr | 63ba281647c73da21176b8d6 |
| 541 | ONTARIOCORP1000359435 | 63fd09473c1cb454c7fc97aa |
| 542 | FGCC | 6421f9c9f17fa23924246c40 |
| 543 | PINGSHANG | 643d4104ab80313edcd4d4b3 |
| 544 | Reddy4 | 6474818df88f38080ca2c0eb |
| 545 | Ouniu Co., Ltd | 13654 |
| 546 | Changsha Dianpeng Trading Co., Ltd | 12198 |
| 547 | Changsha Dianpeng Trading Co., Ltd | Seller2-101118004 |
| 548 | Changsha Dianpeng Trading Co., Ltd | Seller3-101118004 |
| 549 | Shenzhen Dake Technology Co., Ltd | 13188 |
| 550 | Shenzhen Lizhi Technology Co., Ltd | 12400 |
| 551 | Shenzhen Lizhi Technology Co., Ltd | Seller3-101001636 |
| 552 | Shenzhen Lizhi Technology Co., Ltd | Seller4-101001636 |

| 553 | Shenzhen Kaihan Technology Co., Ltd | 12184 |
| --- | --- | --- |
| 554 | Shenzhen Kaihan Technology Co., Ltd | Seller6-101001636 |
| 555 | Shenzhen Kaihan Technology Co., Ltd | Seller7-101001636 |
| 557 | Shenzhen Weilixing Technology Co., Ltd | 9063 |
| 558 | Shenzhen Weilixing Technology Co., Ltd | Seller3-18988 |
| 559 | Shenzhen Weilixing Technology Co., Ltd | Seller4-18988 |
| 560 | Shenzhen Weilixing Technology Co., Ltd | Seller5-18988 |